UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIRZAELIAN SHAHAB,

                    Petitioner,

          v.

D. MARIN, *et al*,

                    Respondents.

Case No. 5:26-cv-01851-HDV-SP

**FINAL JUDGMENT AND INJUNCTION**

**JS 6**

1

Petitioner Mirzaelian Shahab filed a Petition for Writ of Habeas Corpus, ("Petition") [Dkt. 1], and a Motion for a Preliminary Injunction and for a Temporary Restraining Order, ("PI Application") [Dkt. 2], on April 13, 2026.

On April 22, based on the government's non-opposition, and the Court's independent findings concerning the merits of Petitioner's requests, the Court granted Petitioner's PI Application and Petition for Writ of Habeas Corpus and ordered that Respondents:

1. Immediately release Petitioner from their custody;

2. Restore Petitioner to the status quo prior to his re-detention by reinstating his prior order of supervision without any additional release restrictions;

3. Are enjoined from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) unless and until they obtain a travel document for his removal, and unless they first follow all procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i);

4. Disseminate this Order to the immigration agents in charge of processing Petitioner, place a copy of this Order in the Petitioner's A-File, and provide Petitioner a physical copy of the Order.

("Order") [Dkt. 10].

The Court has received a status report [Dkt. 11] indicating that Petitioner was released from ICE detention on April 23, 2026 pursuant to the Court's Order. Accordingly, the Clerk of Court shall enter judgment in favor of Petitioner and close this case. The Court shall retain jurisdiction to adjudicate any collateral enforcement issues.

Dated: April 28, 2026

_____
Hernán D. Vera
United States District Judge

2